# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
　　　　　*Plaintiff-Appellee,*

v.

STEVEN CARR, a/k/a Steven D. Carr,
　　　　　*Defendant-Appellant.*

No. 01-4740

Appeal from the United States District Court
for the Western District of North Carolina, at Statesville.
Richard L. Voorhees, District Judge.
(CR-98-246)

Submitted: April 9, 2002

Decided: May 17, 2002

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

## COUNSEL

Robert A. Ratliff, ROBERTS, SHIELDS, GREEN, LANDRY & RATLIFF, Mobile, Alabama, for Appellant. Robert J. Conrad, Jr., United States Attorney, D. Scott Broyles, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Steven D. Carr was found guilty following a jury trial of conspiracy to possess with intent to distribute cocaine base (Count 1), two counts of possession with intent to distribute cocaine base and aiding and abetting (Counts 4 and 5), and possession with intent to distribute cocaine base (Count 6). This court affirmed Carr's convictions on direct appeal, but vacated his sentence and remanded for resentencing in light of *Apprendi v. New Jersey*, 530 U.S. 466 (2000). *United States v. Carr*, No. 00-4001, 2000 WL 1616978 (4th Cir. Oct. 30, 2000) (unpublished). On remand, the district court resentenced Carr to a total of 360 months of imprisonment. Specifically, the district court sentenced him to 240 months on Count 1; five years on each of Counts 4 and 5 to run concurrently to each other and consecutively to the sentence imposed in Count 1; and five years on Count 6 to run consecutively to the sentence imposed in Count 1. We now affirm Carr's sentence.

On appeal, Carr contends that the district court erred in concluding that he was responsible for at least 1.5 kilograms of cocaine base. The district court's determination of the drug quantity attributable to a defendant is a factual finding reviewed for clear error. *United States v. Randall*, 171 F.3d 195, 210 (4th Cir. 1999). We have reviewed the testimony and we find no clear error in the district court's determination that Carr distributed more than 1.5 kilograms of cocaine base, thus assigning him a base offense level of thirty-eight. *See U.S. Sentencing Guidelines Manual* § 2D1.1(c)(1) (2000).

Accordingly, we affirm Carr's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*